ARTHUR P. ZUCKER, ESQ.
FERRO LABELLA & ZUCKER L.L.C.
The Landmark Building
27 Warren Street
Hackensack, New Jersey 07601
(201) 489-9110
Attorneys for Richard B. Davis

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| United State of America, | Crim. No. 08 CR 569 |
| v. | ORDER FOR RETURN OF PASSPORT |
| Richard B. Davis | |

THIS MATTER having been opened to the Court by the Defendant, Richard B. Davis, by and through counsel, Ferro Labella & Zucker L.L.C. (Arthur P. Zucker, Esq. appearing), upon notice to United States Attorney for the District of New Jersey (Lorraine S. Gerson, Esq. appearing), for an Order permitting the release and return of the Defendant's Passport to him, and for good cause shown;

IT IS on this *30* day of *March*, 2009;

ORDERED, that;

1. Pretrial Services shall return the Passport of Richard B. Davis to the Defendant;

2. A copy of the within order shall be served upon all parties within *7* days of the date hereof.

HONORABLE DENNIS M. CAVANAUGH
United State District Judge