Arthur P. Zucker, Esq.
FERRO LABELLA & ZUCKER L.L.C.
The Landmark Building
27 Warren Street, Suite 201
Hackensack, New Jersey 07601
(201) 489-9110
Attorneys for Defendant,
Richard Davis

UNITED STATES DISTRICT COURT
DISTRICT COURT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 08-cr-569-01 |
| Plaintiff, | |
| v. | |
| RICHARD B. DAVIS, | ORDER TERMINATING PROBATION SUPERVISION PURSUANT TO FED. R. CRIM. P. 32.1(c) AND 18 U.S.C. § 3564 |
| Defendant. | |

This matter having been opened to the Court by Ferro Labella & Zucker L.L.C., counsel for Defendant, Richard B. Davis, (Arthur P. Zucker, Esq. appearing), upon notice to Plaintiff, United States of America, by and through its counsel, the United States Attorney's Office (Lorraine F. Gerson, Esq. appearing), for an Order for early termination of Mr. Davis's probation pursuant to Fed. R. Crim. P. 32.1(c) and 18 U.S.C. § 3564, and the Court having reviewed the parties' submissions, and having heard arguments of counsel, and for good cause shown:

**IT IS** on this 19 day of April, 2012,

**ORDERED** that Defendant Richard B. Davis's motion for early termination of probation is granted and the term of probation

ordered by the Court is hereby terminated, pursuant to 18 U.S.C. § 3564(c), on the date of this Order.

_____
HONORABLE DENNIS M. CAVANAUGH, U.S.D.J.